IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE ISRAEL RAMIREZ-VALDIVIA<br><br>Defendant. | CR 24-52-M-DLC<br><br><br><br>ORDER |

Defendant Enrique Israel Ramirez-Valdivia has filed an Unopposed Motion to Quash Arrest Warrant and Issue Summons. Good cause appearing,

IT IS ORDERED that Defendant's motion (Doc. 27) is GRANTED and the arrest warrant issued on September 19, 2024, is hereby QUASHED.

IT IS FURTHER ORDERED that Defendant's initial appearance and arraignment on the Indictment are scheduled for April 2, 2025, at 1:30 p.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula. The Clerk of Court shall issue a summons for Defendant's appearance.

DATED this 4th day of March, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge